IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO.: 2:18-CV-0051-WOB-CJS

AAREN MEEHAN and
JUSTIN KEEL                                                                                           PLAINTIFFS

vs.

GENERAL MOTORS LLC                                                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \*

### ORDER FOR *PRO HAC VICE* ADMISSION OF MICKEY W. GREENE

This matter having come before the Court upon motion of Defendant, General Motors LLC, for admission *pro hac vice* of Mickey W. Greene, the Court having been duly and sufficiently advised;

IT IS HEREBY ORDERED that the motion to admit Mickey W. Greene *pro hac vice* to appear and participate as co-counsel in this case for General Motors LLC is hereby granted.