UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 18-51-WOB-CJS

AAREN MEEHAN, et al.                                                                                    PLAINTIFFS

v.                                                      ORDER

GENERAL MOTORS LLC                                                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation for Protective Order. (R. 34). Having reviewed the parties' submission, the Court finds that a conference would be beneficial. Accordingly, the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this matter shall be set for a telephonic motion conference on **Thursday, August 9, 2018, at 10:30 a.m.** Counsel should connect to the conference call five minutes before the conference is scheduled to begin. To connect to the call, dial **877-873-8017**. Then, when prompted to enter the participant access code, enter **7604592**.

Dated this 2nd day of August, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2018\18-51 order setting telephonic conference.docx